UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

MICHAEL EDWARD YNOSTROSA,

    Petitioner,

v.

DIRECTOR, TDCJ-CID,

    Respondent.

No. 6:22-CV-00014-H

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this petition for writ of habeas corpus is dismissed with prejudice.

Dated May 3, 2024.

_____
JAMES WESLEY HENDRIX
United States District Judge